1  DEBRA W. YANG
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   RUSSELL W. CHITTENDEN
4  Assistant United States Attorney
   California State Bar Number: 112613
5        Room 7516, Federal Building
         300 North Los Angeles Street
6        Los Angeles, California  90012
         Telephone: (213) 894-2444
7        Facsimile: (213) 894-7819

8  Attorneys for Plaintiff

```
FILED
CLERK, U.S. DISTRICT COURT

FEB 19 2004

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY
```

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

```
LODGED
CLERK, U.S. DISTRICT COURT

FEB 17 2004

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY
```

          UNITED STATES DISTRICT COURT

10  FOR THE CENTRAL DISTRICT OF CALIFORNIA

11            WESTERN DIVISION

13  ELAINE L. CHAO                )    NO. 03-3645 JFW (CWx)
    Secretary of Labor,           )
14  United States                 )    SETTLEMENT STIPULATION;
    Department of Labor,          )    [PROPOSED] ORDER THEREON
15  200 Constitution Avenue, N.W., )
    Washington, D.C.  20210       )
16                                )
                                  )
17        Plaintiff,              )
                                  )
18        v.                      )
                                  )
19  LOCAL 47, INTERNATIONAL       )
    BROTHERHOOD OF ELECTRICAL     )
20  WORKERS, AFL-CIO              )
    600 N. Diamond Bar Boulevard  )
21  Diamond Bar, California  91765, )
                                  )
22        Defendant.              )
    _____)

```
DOCKETED ON CM

FEB 25 2004

BY                    012
```

23

24      It is hereby stipulated by the parties, through their

25  undersigned counsel, as follow:

26      1.  Plaintiff, Secretary of Labor, brought this action under

27  Title IV of the Labor-Management Reporting and Disclosure Act of

28  1959, 29 U.S.C. §§ 481-484, hereinafter referred to as the Act,

18

1  to set aside the defendant's July 8, 2002, regular election for

2  Business Manager/Financial Secretary and Executive Board/Basin

3  West I offices.

4      2.  The parties, in settlement of this action, hereby

5  stipulate and agree that the defendant shall conduct, under the

6  supervision of the plaintiff Secretary of Labor, the defendant's

7  next regularly scheduled election, including nominations for all

8  offices, in June 2005.  The parties agree that nominations and

9  elections shall be conducted in accordance with Title IV of the

10 Act, 29 U.S.C. §§ 481-484, and, insofar as lawful and

11 practicable, in accordance with defendant's International

12 Brotherhood of Electrical Workers Constitution (constitution) and

13 Local 47 Bylaws (bylaws).

14     3.  Defendant enters into this Stipulation of Settlement in

15 order to avoid and save the costs and burdens of further

16 protracted litigation.  Defendant denies any wrongdoing in

17 connection with any matter in litigation.

18     4.  Defendant agrees to publish, in print and

19 electronically in *The Union Reporter,* the Notice of Supervised

20 Election (Notice), attached and incorporated in this agreement by

21 reference, in the following time frame:  in the first publication

22 of *The Union Reporter* following the execution of this agreement

23 by the parties and again in the election editions, i.e., the

24 editions that routinely contain combined nominations and election

25 notices and are mailed to all members once in each of the

26 following months in an election year:  March, April and May.  In

27 addition, defendant agrees to electronically post the Notice on

28 its webpages, www.ibew47.org, on the "Bulletin Board Notices"

1   page, and at the union hall from the execution date of this

2   agreement until the nominations notice is first mailed in March

3   2005.  The printed Notice will be conspicuously placed in the

4   Union Reporter and will be at least a one-half page block while

5   the posted Notice at the union hall will be at least 8 1/2 by 11

6   inches.

7        5.  All decisions as to the interpretation or application of

8   Title IV of the Act, and the bylaws and constitution of the

9   defendant relating to the supervised election, are to be

10  determined by the Plaintiff Secretary of Labor and her decisions

11  shall be final and binding.  All complaints and challenges

12  including post-election challenges regarding the conduct of this

13  supervised election shall be directed to the Election Supervisor,

14  c/o Jeffrey Gitomer, District Director, Office of Labor

15  Management Standards, 915 Wilshire Boulevard, Suite 910, Los

16  Angeles, California 90017.

17       6.  The Court shall retain jurisdiction of this action after

18  completion of the supervised election and throughout the

19  certification process.  The plaintiff Secretary shall certify to

20  the Court the names of the persons so elected and that such

21  election was conducted in accordance with Title IV of the Act,

22  and insofar as lawful and practicable, in accordance with the

23  provisions of the constitution and bylaws of the defendant.  Upon

24  approval of such certification, the Court shall enter a judgment

25  declaring that such persons have been elected as shown by such

26  certification to serve as the duly elected officers of the

27  defendant local and further providing that each party shall bear

28

3

1  its own costs, fees and other expenses incurred by such party in

2  connection with any stage of this proceeding.

3      DATED: February 12, 2004.

4                          ROTHNER, SEGALL & GREENSTONE

5                          _____
                           GLENN ROTHNER

6                          Attorneys for Defendant

7

8      DATED: February 13, 2004.

9                          DEBRA W. YANG
                           United States Attorney
10                         LEON W. WEIDMAN
                           Assistant United States Attorney
11                         Chief, Civil Division

12                         _____
                           RUSSELL W. CHITTENDEN
13                         Assistant United States Attorney

14                         Attorneys for Plaintiff
   OF COUNSEL:
15
   HOWARD M. RADZELY
16 Solicitor of Labor
   CAROL A. DE DEO
17 Associate Solicitor
   SUSANNE LEWALD
18 Regional Solicitor
   PAMELA W. MCKEE
19 Associate Regional Solicitor
   SHIREEN M. MCQUADE
20 Attorney
   U.S. Department of Labor
21   of Counsel

22                          ORDER

23      IT IS SO ORDERED.

24      DATED: February 19, 2004

25

26                         _____

27                         UNITED STATES DISTRICT JUDGE

28

                             4