DEBRA WONG YANG
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
RUSSELL W. CHITTENDEN
Assistant United States Attorney
California State Bar Number: 112613
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2444
    Facsimile: (213) 894-7819

Attorneys for Plaintiff

FILED
CLERK, U.S. DISTRICT COURT
JAN 1 8 2006
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT
JAN 1 7 2005
CENTRAL DISTRICT OF CALIFORNIA
BY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

DOCKETED ON CM
JAN 1 9 2006
BY            001

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ELAINE L. CHAO, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, ) ) ) | NO. 03-3645 JFW (CWx) [PROPOSED] JUDGMENT |
| Plaintiff, ) | |
| v. ) | |
| LOCAL 47, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO, ) ) ) | |
| Defendant. ) | |

Pursuant to the parties' Stipulation For Entry of Final Judgment, including the attached Certification of Election, and to the parties' Settlement Stipulation and Order, entered by the Court herein on February 25, 2004;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the persons named in the Certification of Election are the duly elected officers of the defendant labor organization, Local 47, International Brotherhood of electrical Workers, AFL-CIO, to serve for a full constitutional term of office.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own costs, fees and other expenses incurred by such party in connection with any stage of this proceeding.

DATED: January 1̸, 2006.

_____
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

DEBRA WONG YANG
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

_____
RUSSELL W. CHITTENDEN
Assistant United States Attorney

Attorneys for Defendant
Elaine L. Chao, Secretary of Labor

2

## PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On January 17, 2006, I served [PROPOSED] JUDGMENT on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: January 17, 2006. Place of mailing: LOS ANGELES, CALIFORNIA. **Person(s) and/or Entity(ies) to Whom mailed:**

Glenn Rothner
Rothner, Segall & Greenstone
510 S. Marengo
Pasadena, CA 91101

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: January 17, 2006 at Los Angeles, California.

_____
Olivia Murillo

SCANNED