DEBRA WONG YANG
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
RUSSELL W. CHITTENDEN
Assistant United States Attorney
California State Bar Number: 112613
        Room 7516, Federal Building
        300 North Los Angeles Street
        Los Angeles, California 90012
        Telephone: (213) 894-2444
        Facsimile: (213) 894-7819

Attorneys for Plaintiff

FILED
CLERK, U.S. DISTRICT COURT

JAN 18 2006

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

LODGED
CLERK, U.S. DISTRICT COURT

JAN 17 2006

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ELAINE L. CHAO, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, ) ) ) ) | NO. 03-3645 JFW (CWx) STIPULATION FOR ENTRY OF FINAL JUDGMENT; [PROPOSED] ORDER THEREON |
| Plaintiff, ) ) ) | |
| v. ) ) | |
| LOCAL 47, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO, ) ) ) ) ) | |
| Defendant. ) ) | |

DOCKETED ON CM

JAN 19 2006

BY                          001

It is hereby stipulated by the parties, through their undersigned counsel, as follows:



The attached Certification of Election declares that the persons certified by plaintiff, Secretary of Labor, have been duly elected as officers of the defendant labor organization, Local 47, International Brotherhood of electrical Workers, AFL-CIO, to shall serve for a full constitutional term of office. Accordingly, final judgment in the form lodged concurrently herewith should be entered by the Court pursuant to the parties' Settlement Stipulation and Order, entered by the Court herein on February 25, 2004.

DATED: ~~October~~ January 12, 2005.

ROTHNER, SEGALL & GREENSTONE

GLENN ROTHNER
Attorneys for Defendant

DATED: ~~October~~ January 13, 2005.

DEBRA WONG YANG
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

RUSSELL W. CHITTENDEN
Assistant United States Attorney
Attorneys for Plaintiff

ORDER

IT IS SO ORDERED.

DATED: ~~October __, 2005.~~
JAN 1 8 2006

UNITED STATES DISTRICT JUDGE

2

DEBRA W. YANG
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
RUSSELL W. CHITTENDEN
Assistant United States Attorney
California State Bar Number: 112613
     Room 7516, Federal Building
     300 North Los Angeles Street
     Los Angeles, California 90012
     Telephone: (213) 894-2444
     Facsimile:  (213) 894-7819

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ELAINE L. CHAO<br>Secretary of Labor,<br>United States<br>Department of Labor,<br>200 Constitution Avenue, N.W.<br>Washington, D.C.  20210,<br><br>    Plaintiff,<br><br>v.<br><br>LOCAL 47, INTERNATIONAL<br>BROTHERHOOD OF ELECTRICAL<br>WORKERS, AFL-CIO<br>600 N. Diamond Bar Boulevard<br>Diamond Bar, California 91765,<br><br>    Defendant. | NO. 03-3645 JFW (CWX)<br><br>CERTIFICATION OF ELECTION |

The election having been conducted in the above manner under the supervision of the Secretary of Labor, United States Department of Labor, pursuant to a Stipulation of Settlement

and Order filed on February 19, 2004, in the United States District Court for the Central District of California, Western Division, in accordance with the provisions of Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. §§ 481-483), and in conformity with the Constitution and Bylaws of the defendant labor organization, insofar as lawful and practicable, and no complaints having been received concerning the conduct thereof, therefore:

Pursuant to Section 402(c) of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. § 482(c)), and the authority delegated to me,

IT IS HEREBY CERTIFIED that the following named candidates have been duly elected to the offices designated:

| | |
|---|---|
| Ron Delgado | President |
| Jeff Flory | Vice President |
| Dillie Farris | Recording Secretary |
| Roger Heldoorn | Treasurer |
| Pat Lavin | Business Manager/Financial Secretary |
| Dwight S. Morgan | General Meeting Executive Board |
| Patrick L. Powell | Eastern Executive Board |
| Ernie Lopez | Basin-East Executive Board |
| Mark Long | Basin-West Executive Board |
| Monica Watson | Western Executive Board |
| Hipolito Tavarez | Northern Executive Board |
| John Baca | Municipalities/Independents Executive Board |
| Bobby Van Noy | Outside Construction Executive Board |
| Trevor Kirkland | Examining Board Member |
| Armando Mendez | Examining Board Member |
| Arnold Trevino | Examining Board Member |
| John Baca | Delegate |
| Tom Brown | Delegate |

4  2

| | |
|---|---|
| Jeff Flory | Delegate |
| Randy Heldoorn | Delegate |
| Ernie Lopez | Delegate |
| Mike Moore | Delegate |
| Stan Stosel | Delegate |
| Hipolito Tavarez | Delegate |
| Monica Watson | Delegate |

Signed this ___24th___ day of August 2005.

Cynthia M. Downing, Chief
Division of Enforcement
Office of Labor-Management Standards
Employment Standards Administration
United States Department of Labor